IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

    v.    Civil No. 13-50020-001

JUAN VICTOR GONZALEZ-ORNESTO,
aka JUAN VICTOR ONESTO-GONZALEZ                                       DEFENDANT

### ORDER

Now on this 4th day of February, 2013, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 13) filed herein on January 28, 2013, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. The parties have waived their right to file objections to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the Court accepts the Defendant's guilty plea to illegal reentry after deportation in violation of 8 U.S.C. § 1326(a), and the Court tentatively approves the written plea agreement, subject to final approval at sentencing.

**IT IS SO ORDERED.**

                                  /s/ Jimm Larry Hendren
                                JIMM LARRY HENDREN
                                UNITED STATES DISTRICT JUDGE